**Form 10. Bill of Costs** ....................................................................................................................................*(Rev. 12-1-09)*

# United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with 9th Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and 9th Circuit Rule 39-1 when preparing your bill of costs.

Martha Rivera, et al.     v.     Nibco, Inc., an Indiana corporation     9th Cir. No. 09-15136

The Clerk is requested to tax the following costs against: Defandant-Appellee Nibco, Inc.

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, 9th Cir. R. 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs. | Pages per Doc. | Cost per Page* | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page* | TOTAL COST |
| Excerpt of Record | 6 | 982 | $ 0.12 | $ 707.04 | | | $ | $ |
| Opening Brief | 11 | 59 | $ 0.09 | $ 58.41 | | | $ | $ |
| Answering Brief | | | $ | $ | | | $ | $ |
| Reply Brief | 11 | 47 | $ 0.09 | $ 46.53 | | | $ | $ |
| Other** Appendix | 6 | 251 | $ 0.12 | $ 180.72 | | | $ | $ |
| ** See Attachment 1 for explanation | | | TOTAL: | $ 992.7 | | | TOTAL: | $ |

\* Costs per page may not exceed .10 or actual cost, whichever is less. 9th Circuit Rule 39-1.

\*\* Other: Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to 9th Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys' fees **cannot** be requested on this form.

*Continue to next page.*

**Form 10. Bill of Costs - *Continued***

I, Christopher Ho , swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.


Signature /S/Christopher Ho

("s/" plus attorney's name if submitted electronically)

Date 4/7/2010

Name of Counsel: Christopher Ho, Legal Aid Society-Employment L

Attorney for: Plaintiffs Martha Rivera, et al.


(To Be Completed by the Clerk)

Date _____          Costs are taxed in the amount of $ _____

                                   Clerk of Court

                                   By: _____ , Deputy Clerk